UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 21-2328
(6:20-cv-00068-NKM-RSB)

———————————

ASHLEY NICOLE NOONAN, f/k/a Ashley Culpepper

Plaintiff - Appellant

v.

CONSOLIDATED SHOE COMPANY, INC.

Defendant - Appellee

———————————

O R D E R

———————————

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Harris, Judge Richardson, and Judge Rushing.

For the Court

/s/ Nwamaka Anowi, Clerk